[No. 40657-8-II.   Division Two.   March 15, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT R. KENNEDY, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 10-1-00025-9, Toni A. Sheldon, J., entered April 23, 2010. *Remanded* by unpublished opinion per Armstrong, J., concurred in by Worswick, A.C.J., and Quinn-Brintnall, J.

[No. 41013-3-II.   Division Two.   March 15, 2011.]

FREDERICK G. JENSEN, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 10-2-01139-8, Richard D. Hicks, J., entered July 16, 2010. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Penoyar, C.J., and Hunt, J.

[No. 28597-9-III.   Division Three.   March 15, 2011.]

GERALD L. WOOLEY ET AL., *Respondents*, v. SHERI A. BYNUM, *Appellant*.

Appeal from a judgment of the Superior Court for Stevens County, No. 09-2-00418-6, Rebecca M. Baker, J., entered October 12, 2009. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Korsmo, A.C.J., and Siddoway, J.

[No. 28632-1-III.   Division Three.   March 15, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. ALFRED GALINDO, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 09-1-00613-1, Linda G. Tompkins, J., entered October 30, 2009. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Korsmo, A.C.J., concurred in by Brown and Siddoway, JJ.